IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DELBERT MAURICE FRANKLIN,

    Petitioner,

v.

SUPERINTENDENT, SCI HUNTINGDON,

    Respondent.

CIVIL ACTION NO. 3:CV-16-1051

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this _21st_ day of June, 2016, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 3), **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 3) is **ADOPTED**.

(2)    The Clerk of Court shall transfer Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

(3)    The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge